JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA FERNANDA CARAZA-SALDAÑA; CLAUDIA BEATRIZ SALDAÑA-BRIZ; JESSENIA RAQUEL VARGAS; LAURA HERNANDEZ; ENRIQUE RODRIGUEZ; IRINA G RODRIGUEZ; LAURA ELISA ALCARAZ; LAURA ELISA RODRIGUEZ; REYNA VERONICA PALAPA; AZUCENA YADIRA GERVACIO GALLO; EMELY CRUZ GONZALEZ;<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>8900 BURNET APARTMENTS II, L.P., ABECASSIS ENTERPRISES, LLC; ABECASSIS MANAGEMENT, INC.; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No.:  CV13-02738 PA (MANx)<br>Judge:　　Hon. Percy Anderson<br><br>**ORDER RE DISMISSAL AND RETENTION OF JURISDICTION OVER THE SETTLEMENT**<br><br>[Filed concurrently with the JOINT STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION OVER THE SETTLEMENT AGREEMENT; [PROPOSED] ORDER] |

[PROPOSED] **ORDER**

**Pursuant to the stipulation,** the above referenced action, in its entirety, is hereby dismissed as to all Defendants with prejudice. ~~This Court shall retain jurisdiction to enforce the terms of the settlement agreement reached in this action.~~

IT IS SO ORDERED.

Date: March 4, 2014

_____
The Hon. Percy Anderson
United States District Judge